UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:14-MJ-2441

UNITED STATES OF AMERICA    )
                            )
         v.                 )         ORDER
                            )
LAURA A. MCBROOM            )

1.    The United States of America, by and through the United States Attorney for the Eastern District of North Carolina has moved the Court to dismiss the above-captioned matter without prejudice.

2.    After due consideration, the Court hereby ALLOWS the Motion to Dismiss Without Prejudice.

3.    The Court finds that the dismissal without prejudice is in the best interest of justice.

So ORDERED this ; ʋj ʼday of Lɔpwɔt{ 2017.

_Kimberly A. Swank_
United States Magistrate Judge

1